IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FREDDIE J SMITH JR,**
*Plaintiff,*

v.

**SGT. LOPEZ et. al.**
*Defendant.*
_____/

Case No.: **3:17-CV-930 J-32PDB**



## MOTION FOR LEAVE TO FILE
## A SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, Freddie J. Smith Jr. *pro se* pursuant to Federal Rule of Civil Procedure and the Local Rule of United States District Court, Middle District, and hereby files this *Motion for Leave to File a Second Amended Complaint*, seeking order of this Honorable Court for permission and/or leave to file a Second Amended Complaint. As basis for this motion, the Plaintiff asserts the following:

1. The Plaintiff, an inmate proceeding *pro se*, has filed a complaint under 42 U.S.C. §1983 against twelve defendants based on allegations of excessive use of force and deliberate indifference to serious medical need [Doc 1].

2. On August 25, 2017 this Honorable Court issued an Order requiring Plaintiff to file an Amended Complaint [Doc. 4]

3. On August 30, 2017 Plaintiff in compliance Court August 25, 2017 Order did in face file Amended Complaint with this court

4. Through discussion with a certified law clerk in prison, Plaintiff has discovered that the amended complaint may still not be in full compliance of federal rule of civil procedure.

5. In order to keep Plaintiff filed amended complaint from being dismissed or subject to dismissal Plaintiff wishes to correct pleading errors of amended civil complaint.

6. This court has not issued an order for Defendant(s) to be served with copy of the summon and the complaint and it has Plaintiff is asking for leave to correct errors before submitting complaint due to lack of law experience and low mental ability being Plaintiff is a mental patient with extensive history therefore Defendant(s) or Plaintiff will not be prejudiced by this motion being granting by his/her Honor.

7. THEREFORE this motion is made in good faith and not for any unnecessary delay.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant this motion and grant any other relief deemed necessary.

Dated: 23 / October /2017

Respectfully Submitted,

_____
Freddie J. Smith JR
Suwannee C.I. - Annex
5964 U.S. Highway 90
Live Oak, Florida 32060